**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

Cedrick D.H.,[1]                                              Civ. No. 25-1190 (JWB-EMB)

                    Plaintiff,

      v.                                                  **ORDER ACCEPTING
                                                    REPORT AND RECOMMENDATION
Frank Bisignano,                                        OF MAGISTRATE JUDGE**
*Commissioner of Social Security*,

                    Defendant.

James H. Greeman, Esq., Greeman Toomey, counsel for Plaintiff.

Ana H. Voss, Esq., United States Attorney's Office; Craig Hundley, Esq., James D. Sides, Esq., and Sophie Doroba, Esq., Social Security Administration, counsel for Defendant.

      United States Magistrate Judge Elsa M. Bullard issued a Report and Recommendation ("R&R") on January 31, 2026. (Doc. No. 15.) No objections have been filed to that R&R in the time permitted. Absent timely objections, the R&R is reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996). Having reviewed the R&R, no clear error is found.

      Based on the R&R of the Magistrate Judge, and on all files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

      1.      The January 31, 2026 R&R (Doc. No. 15) is **ACCEPTED**;

---

[1]      This District has adopted the policy of using only the first name and last initial of any nongovernmental parties in social security appeals such as the present case.

2

2.        Plaintiff's request for relief (Doc. No. 9) is **DENIED**;

3.        Defendant's request for relief (Doc. No. 12) is **GRANTED**; and

4.        The Commissioner's decision is **AFFIRMED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: February 24, 2026

*s/ Jerry W. Blackwell*
JERRY W. BLACKWELL
United States District Judge

2